# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-3416
LT Case No. 16-2018-CF-003016-A

———————————————

JOHN E. MILES, JR.,

   Petitioner,

   v.

STATE OF FLORIDA,

   Respondent.

———————————————

Petition for Belated Appeal.
A Case of Original Jurisdiction.

John E. Miles, Jr., Chipley, pro se.

James Uthmeier, Attorney General, and Ryan Roy, Assistant Attorney General, Tallahassee, for Respondent.

December 5, 2025

PER CURIAM.

   The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and treated as the notice of appeal from the May 28, 2025 order denying Petitioner's motion to correct illegal sentence rendered in Case No. 16-2018-CF-003016-A, in the Circuit Court in and for Duval County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

   PETITION GRANTED.

LAMBERT, EISNAUGLE, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____